The counsel for the defendants has indeed alleged, that the chancellor's decision on the demurrer is grounded on a mistake, and that the court of appeals never has decided an equitable interest to be liable to a *fieri facias.* If the counsel be right, there is an end of the case at once. But the chancellor cannot think that the counsel is right, but laments *that tribunals, whose decisions are to govern other tribunals, do not give their opinions at large on every important point.*

The chancellor, as is his uniform practice, on every important point, has given his opinion pretty much at large. He might still perhaps be more explicit as well as full, but he conceives that he has said enough. *Decreed,* that the bill be dismissed. From this decree the complainant appealed to this court; and on the cause coming on to be argued, and the counsel for the parties declining to argue the case,

DECREE AFFIRMED, NISI.

1808

Poe
vs.
Conway

---

### Poe vs. Conway's Adm'r.

APPEAL from *Baltimore* county court. *Assumpsit* brought by the appellee on the 7th of April 1801, for work and labour, &c. performed by his intestate for *Poe,* the appellant, on the 4th of September 1798. The act of limitations was pleaded; and at the trial the plaintiff below offered testimony to prove an acknowledgment by the defendant, that the intestate had performed work for him, but that he had an account in bar, and when a person who was then up the bay should come to town, he would have the business settled. The defendant prayed the court to direct the jury, that this testimony was not sufficient on the pleadings to prevent the operation of the statute of limitations; which direction the court refused to give. The defendant excepted; and the verdict and judgment being against him, he appealed to this court.

*Martin* and *Gwynn,* for the Appellant.
*Hollingsworth,* for the Appellee.

JUDGMENT AFFIRMED.

JUNE.

In *assumpsit* for work and labour, the act of limitations was pleaded— *Held,* that evidence of an acknowledgment by the defendant that the plaintiff had performed work for him, but that he had an account in bar, and when a person who was then up the bay should come to town he would have the business settled, was sufficient to defeat the operation of the act of limitations.